UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **STEVEN MARSH** | : | **CIVIL ACTION NO. 3:19-1337** |
| | | **SECTION P** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN GOODWIN** | : | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling, and for those additional reasons set forth in the Magistrate Judge's Report and Recommendation, which have been adopted by the Court after a *de novo* review of the entire record,

**IT IS ORDERED** that Plaintiff Steven Marsh's Motion to Amend [Doc. No. 8] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus filed by Plaintiff Steven Marsh [Doc. No. 1] be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. §2244(d).

Monroe, Louisiana, this 26th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE